IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR.S-08-0420 EJG |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER TO |
| Ivan Jimenez et al., | ) CONTINUE STATUS CONFERENCE |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |

   GOOD CAUSE APPEARING, it is hereby ordered that the October 3, 2008 status conference be continued to November 14, 2008 at 10:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation, exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to November 14, 2008.

IT IS SO ORDERED.

Dated: Oct. 2, 2008            /s/ Edward J. Garcia
                               Edward J. Garcia
                               United States District Judge