DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
IVAN QUINTERO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>IVAN QUINTERO JIMENEZ, et al.,<br><br>         Defendants.<br>_____ | No. CR-S-08-420 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:  June 5, 2009<br>Time:  10:00 a.m.<br>Judge: Edward J. Garcia |

    IT IS HEREBY STIPULATED AND AGREED between the parties, Mary L. Grad, Assistant United States Attorney, and Matthew C. Bockmon, attorney for defendant Ivan Quintero Jimenez, that the Status Conference now scheduled for June 5, 2009 be vacated, and a new status conference date of June 26, 2009 be set.

    This continuance is being requested because defense counsel needs additional time to meet and confer with defendant, who speaks only Spanish.

    IT IS STIPULATED that the period from the signing of this Order up to and including June 26, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18

U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: June 4, 2009                    Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ Matthew C. Bockmon
                                       _____
                                       MATTHEW C. BOCKMON
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       IVAN QUINTERO JIMENEZ


Dated: June 4, 2009                    LAWRENCE G. BROWN
                                       Acting United States Attorney


                                       /s/ Mary L. Grad
                                       _____
                                       MARY L. GRAD
                                       Assistant U.S. Attorney

**ORDER**

**UPON GOOD CAUSE SHOWN** and the stipulation of all parties, it is ordered that the status conference presently set for June 5, 2009, be continued to June 26, 2009, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from this date to, and including, the June 26, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:   June 4, 2009

                                       /s/ Edward J. Garcia
                                       EDWARD J. GARCIA
                                       United States District Judge