```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    IVAN QUINTERO JIMENEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-420 EJG |
|              Plaintiff, ) | |
|          v.              ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| IVAN QUINTERO JIMENEZ, et al., ) | |
|              Defendants. ) | Date: June 26, 2009<br>Time: 10:00 a.m.<br>Judge: Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between the parties, Mary L. Grad, Assistant United States Attorney, and Matthew C. Bockmon, attorney for defendant Ivan Quintero Jimenez, that the Status Conference now scheduled for June 26, 2009 be vacated, and a new status conference date of July 10, 2009 be set.

This continuance is being requested because defense counsel needs time for attorney/client consultation with interpreter at Butte County Jail to review plea agreement with defendant, who speaks only Spanish.

IT IS STIPULATED that the period from the signing of this Order up to and including July 10, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18

U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: June 23, 2009                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Matthew C. Bockmon
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        IVAN QUINTERO JIMENEZ

Dated: June 23, 2009                    LAWRENCE G. BROWN
                                        Acting United States Attorney


                                        /s/ Mary L. Grad
                                        _____
                                        MARY L. GRAD
                                        Assistant U.S. Attorney

**ORDER**

**UPON GOOD CAUSE SHOWN** and the stipulation of all parties, it is ordered that the status conference presently set for June 26, 2009, be continued to July 10, 2009, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from this date to, and including, the July 10, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: June 23, 2009

                                        /s/ Edward J. Garcia
                                        _____
                                        EDWARD J. GARCIA
                                        United States District Judge