**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

| | | |
|---|---|---|
| *Daniel J. Broderick*<br>*Federal Defender* | (916) 498-5700  Fax: (916) 498-5710 | *Linda C. Harter*<br>*Chief Assistant Defender* |

# M E M O R A N D U M

DATE:       December 8, 2009

TO:         Colleen Lydon, Courtroom Clerk to the
            Honorable Edward J. Garcia

FROM:       Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:    United States v. Ivan Quintero Jimenez
            Cr.S. 08-420 EJG

---

   This Memorandum is to confirm counsel's request to continue Judgment and Sentencing presently scheduled for December 11, 2009, to **Friday, January 29, 2010, at 10:00 a.m.**

   All parties, **including the courtroom clerk,** have been notified and are in agreement to this continuance.

**IT IS SO ORDERED**.

Dated: December 8, 2009


                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                United States District Judge

/vo


cc:     Brenda Barron-Harrell, USPO
        client