**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*          (916) 498-5700  Fax: (916) 498-5710          *Linda C. Harter*
*Federal Defender*                                                            *Chief Assistant Defender*

# M E M O R A N D U M & ORDER THEREON

DATE:        January 19, 2010

TO:          Colleen Lydon, Courtroom Clerk to the
             Honorable Edward J. Garcia

FROM:        Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:     United States v. Ivan Quintero Jimenez
             Cr.S. 08-420 EJG

---

    This Memorandum is to confirm counsel's request to continue Judgment and Sentencing presently scheduled for January 29, 2010, to February 12, 2010.  I have corresponded with Assistant U.S. Attorney Mary Grad and U.S. Probation Officer Brenda Barron-Harrell, and both parties concur with this request.  The PSR disclosure dates will change as follows:

|  |  |
|---|---|
| Counsel's Written Objections shall be due by: | January 22, 2010 |
| Pre-Sentence Report shall be filed with the Court and Disclosed to Counsel by: | January 29, 2010 |
| Motion for Correction shall be due by: | February 5, 2010 |
| Judgment and Sentencing: | **February 12, 2010 at 10:00 a.m.** |

    Thank you for your attention to this matter.  Please contact me with any questions or concerns.

**IT IS SO ORDERED**.

Dated: January 20, 2010

                                         /s/ Edward J. Garcia
                                         EDWARD J. GARCIA
                                         United States District Judge

/vo

cc:     Brenda Barron-Harrell, USPO
        client