**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

| | | |
|---|---|---|
| *Daniel J. Broderick*<br>*Federal Defender* | (916) 498-5700  Fax: (916) 498-5710 | *Linda C. Harter*<br>*Chief Assistant Defender* |

# M E M O R A N D U M  &  O R D E R

DATE:       January 29, 2010

TO:         Colleen Lydon, Courtroom Clerk to the
            Honorable Edward J. Garcia

FROM:       Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:    United States v. Ivan Quintero Jimenez
            Cr.S. 08-420 EJG

---

   This Memorandum is to confirm counsel's request to continue Judgment and Sentencing presently scheduled for February 12, 2010, to March 26, 2010.  I have corresponded with Assistant U.S. Attorney Mary Grad and U.S. Probation Officer Brenda Barron-Harrell, and both parties concur with this request.  The PSR disclosure dates will change as follows:

| | |
|---|---|
| Counsel's Written Objections shall be due by: | March 5, 2010 |
| Pre-Sentence Report shall be filed with the Court and Disclosed to Counsel by: | March 12, 2010 |
| Motion for Correction shall be due by: | March 19, 2010 |
| Judgment and Sentencing: | **March 26, 2010 at 10:00 a.m.** |

   Thank you for your attention to this matter.  Please contact me with any questions or concerns.

**IT IS SO ORDERED**.

Dated: January 29, 2010

                                          /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          United States District Judge

/vo

cc:    Brenda Barron-Harrell, USPO
       client