# Memorandum 

**United States Attorney**
*Eastern District of California*

| Subject | Date |
|---|---|
| United States v. Jimenez, CR-08-420-EJG | April 13, 2010 |

| To | From |
|---|---|
| Colleen Lydon, Courtroom Deputy to the Honorable Edward J. Garcia | Mary L. Grad /s/<br>Assistant U.S. Attorney |

The judgment and sentencing in the captioned case is currently set for May 7, 2010 at 10:00 a.m.. Government counsel is not available on that date. The next date that is available for the parties and the court is June 25, 2010 at 10:00 a.m..

Therefore, the parties request that the judgment and sentencing in the captioned action be rescheduled and placed on the court's calendar for **June 25, 2010 at 10:00 a.m.**

Thank you for your assistance in this matter.





IT IS SO ORDERED

4/13/10