1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,

10            Plaintiff,         CIV. NO. S-11-1866 EJG
                                 CR. NO. S-08-0420 EJG
11        v.
                                 ORDER DENYING REQUEST FOR
12  IVAN QUINTERO JIMENEZ,       CERTIFICATE OF APPEALABILITY

13            Defendant.
   _____/

14

15      Defendant, a federal prisoner proceeding pro se, has filed

16  an appeal from this court's September 30, 2011 order denying his

17  motion to vacate, set aside or correct his sentence.  Through

18  administrative oversight, the order was not served on defendant

19  until March 30, 2012, thus his notice of appeal, filed April 23,

20  2012, is timely.  He has also filed a request for a certificate

21  of appealability, which certificate must be issued before

22  defendant can appeal the decision.  See Fed. R. App. P. 22(b).

23  Such certification may issue "only if [defendant] has made a

24  substantial showing of the denial of a constitutional right."  28

25  U.S.C. § 2253(c)(2).  The court must either issue a certificate

26                                1

1  of appealability indicating which issues satisfy the required

2  showing or must state the reasons why such a certificate should

3  not issue.  Fed. R. App. P. 22(b)(1).

4       For all of the reasons stated in the court's September 30,

5  2011 order, defendant has not made a substantial showing of the

6  denial of a constitutional right.  Accordingly, the motion for a

7  certificate of appealability is DENIED.

8       IT IS SO ORDERED.

9  Dated: April 24, 2012          /s/ Edward J. Garcia

10                         _____

11                         EDWARD J. GARCIA, JUDGE
                           UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                  2