1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                No.  2:08-cr-0420 WBS KJN P

12            Respondent,                      No. 2:17-cv-0875 WBS KJN

13        v.                                   ORDER

14    IVAN QUINTERO JIMENEZ,

15            Movant.

16

17            Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or

18    correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20            On September 5, 2017, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Neither party filed

23    objections to the findings and recommendations.

24            The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27            1.  The findings and recommendations (ECF No. 114) are adopted in full;

28    ////

                                                  1

1    2.  Movant's April 24, 2017 motion to vacate, set aside, or correct his sentence pursuant to

2  28 U.S.C. § 2255 (ECF No. 105) is denied without prejudice;

3    3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C.

4  § 2253; and

5    4.  The Clerk of the Court is directed to close the companion civil case, 2:17-cv-0875

6  WBS.

7  Dated:  October 19, 2017

8  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

9

10  jime0420.801.vac

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                        2